United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LITTLE ANDERSON,<br><br>          Plaintiff,<br><br>     v.<br><br>D. DELEON; et al.,<br><br>          Defendants.<br>                                                              / | No. C 12-6055 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Defendants have filed an *ex parte* request for a 120-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Jennifer Nygaard, the court GRANTS the request. (Docket # 15.) The court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **October 4, 2013**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **November 1, 2013**. Defendants must file and serve their reply brief (if any) no later than **November 15, 2013**. In light of the lengthy extension of time granted herein, defendants should not expect the deadline for dispositive motions to be further extended.

IT IS SO ORDERED.

Dated: June 28, 2013

_____
SUSAN ILLSTON
United States District Judge