UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LITTLE ANDERSON, | No. C 12-6055 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| D. DELEON; et al., | |
| Defendants. | |

Plaintiff has filed an *ex parte* request for a 30-day extension of the deadline to file his opposition to defendants' motion to dismiss. Upon due consideration of the request and the accompanying declaration of plaintiff, the court GRANTS the request. (Docket # 29.) The court now sets the following new briefing schedule: Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **December 6, 2013**. Defendants must file and serve their reply brief (if any) no later than **December 20, 2013**.

IT IS SO ORDERED.

Dated: November 6, 2013

_____
SUSAN ILLSTON
United States District Judge