United States District Court
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8    WILLIAM LITTLE ANDERSON,              No. C 12-6055 SI (pr)

9              Plaintiff,                   **ORDER OF DISMISSAL**

10        v.

11   D. DELEON; et al.,

12             Defendants.
                                    /
13

14        William Little Anderson, formerly an inmate at the Correctional Training Facility in

15   Soledad, filed this *pro se* civil rights action under 42 U.S.C. § 1983.  On July 21, 2014, the court

16   granted defendants' motion for summary judgment on the affirmative defense of non-exhaustion

17   of administrative remedies for claims arising from a strip search of plaintiff in prison and granted

18   defendants' motion to dismiss the other claims in the complaint for failure to state a claim upon

19   which relief may be granted.  Docket # 46.  The court granted plaintiff leave to file an amended

20   complaint no later than August 15, 2014, and cautioned that failure to file the amended

21   complaint by the deadline would result in the dismissal of the action.  *Id.* at 21.  Plaintiff (who

22   is no longer incarcerated) did not file an amended complaint and the deadline by which to do so

23   has passed.  Accordingly, this action is dismissed.  The clerk shall close the file.

24        IT IS SO ORDERED.

25   Dated: August 25, 2014                _____

26                                         SUSAN ILLSTON
                                           United States District Judge
27

28