UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LITTLE ANDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>D. DELEON; et al.,<br><br>    Defendants.<br>_____/ | No. C 12-6055 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing a new action asserting claims pertaining to the strip search and with prejudice as to all other claims in the complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: August 25, 2014

_____
SUSAN ILLSTON
United States District Judge